UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | EDCV 18-00031 JGB (KKx) | Date | October 16, 2018 |

Title  *Brittani Gattoni v. I.C.Q. Search and Recovery*

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:  Order DISMISSING Plaintiff's Complaint for Failure to Serve**

On January 5, 2018, Plaintiff Brittani Gattoni ("Plaintiff") filed a complaint against I.C.Q. Search and Recovery ("Defendant"). ("Complaint," Dkt. No. 3.) On January 30, 2018, Plaintiff filed notice of service. (Dkt. No. 14.) The notice indicates that the summons was served, but does not state the Complaint was served. (Id. at 1.)

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, "if a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own motion after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specific time." Fed. R. Civ. P. 4(m). Considering the Complaint was filed on January 5, 2018, Plaintiff had until April 5, 2018 to serve Defendant.

On August 17, 2018, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for failure to timely effect service. ("August Order," Dkt. No. 15.) Plaintiff never responded to the Court's August Order and has not served Defendant with the Complaint.

Accordingly, the Court DISMISSES Plaintiff's action for failure to serve and DIRECTS the Clerk to close the case.

**IT IS SO ORDERED.**